**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Boubacar Toure a/k/a Bouba Toure | CHAPTER 13 |
| Debtor(s) | |
| | BKY. NO. 25-12423-AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

                        Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
26 Jun 2025, 11:42:18, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322