**CLASSIC TENNIS 2 LLC**
710 MCKENNANS CHURCH RD
WILMINGTON, DE 19808

2202

62-7575/2311
13

DATE _4/7/25_

PAY
TO THE
ORDER OF _Boubacar Toure_                                     $ 7,600.00

_Seven Thousand_                              00/100        DOLLARS

**ARTISANS' BANK**
A History of Service · Since 1861
Wilmington, Delaware  19808

_Guaranteed Payment_                            _Ronnie Derma_

⑈00 2202⑈ ⑆231175759⑆ 13 37 04998⑈

2225

**CLASSIC TENNIS 2 LLC**
710 MCKENNANS CHURCH RD
WILMINGTON, DE 19808

62-7575/2311
13

DATE 5/5/25

🔒 CHECK ARMOR

PAY TO THE ORDER OF ___Boubacar Touré___  $ 7,000.⁰⁰

___Seven Thousand___ ⁰⁰/100 ___ DOLLARS

**ARTISANS' BANK**
A History of Service · Since 1861
Wilmington, Delaware 19808

FOR Guarantee payment check          Ronnie Senna

⑈002225⑈ ⑆231175759⑆ 13 37 04998⑈





CLASSIC TENNIS 2 LLC
710 MCKENNANS CHURCH RD
WILMINGTON, DE 19808

2255

62-7575/2311
13

DATE  7/1/25

CHECK ARMOR

PAY
TO THE
ORDER OF  Boubacar Toure'                                    $ 7,000.⁰⁰

Seven Thousand                                    ⁰⁰/₁₀₀    DOLLARS

ARTISANS' BANK
A History of Service · Since 1861
Wilmington, Delaware 19806

FOR  Paycheck                          Ronnie Sena

⑈002255⑈ ⑆231175759⑆ 13 37 04998⑈