**BOUBACAR S. TOURE**  WU23591

| Pay Date | Period End |
|---|---|
| 04/30/2025 | 04/30/2025 |

## GROSS WAGES

| Code | Units | Current | YTD |
|---|---|---|---|
| Coaching | 1.00 | 450.00 | 1,800.00 |

## TAXES

| Code | Current | YTD |
|---|---|---|
| FIT | 0.00 | 0.00 |
| S.S. | 27.90 | 111.60 |
| Med. | 6.52 | 26.10 |

## DEDUCTIONS

| Code | Current | YTD |
|---|---|---|

## BENEFITS

| Code | Current | YTD |
|---|---|---|

**TOTALS**  450.00   34.42   137.70

Deposit

| | |
|---|---|
| NET PAY | $415.58 |
| NET YTD | $1,662.30 |
| GROSS YTD | $1,800.00 |

**BOUBACAR S. TOURE**  WU23591

| Pay Date | Period End |
|---|---|
| 05/29/2025 | 05/31/2025 |

| GROSS WAGES | | | | TAXES | | | DEDUCTIONS | | | BENEFITS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Code | Units | Current | YTD | Code | Current | YTD | Code | Current | YTD | Code | Current | YTD |
| Coaching | 1.00 | 450.00 | 2,250.00 | FIT | 0.00 | 0.00 | | | | | | |
| | | | | S.S. | 27.90 | 139.50 | | | | | | |
| | | | | Med. | 6.53 | 32.63 | | | | | | |
| **TOTALS** | | 450.00 | | | 34.43 | 172.13 | | | | | | |

Deposit

NET PAY      $415.57
NET YTD      $2,077.87
GROSS YTD    $2,250.00

*Wilmington University's Pay Stub for June* ↓

WU23591

## BOUBACAR S. TOURE

**Pay Date**  **Period End**
06/30/2025   06/30/2025

| GROSS WAGES | | | | TAXES | | | DEDUCTIONS | | | BENEFITS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Code | Units | Current | YTD | Code | Current | YTD | Code | Current | YTD | Code | Current | YTD |
| Coaching | 1.00 | 450.00 | 2,700.00 | FIT | 0.00 | 0.00 | | | | | | |
| | | | | S.S. | 27.90 | 167.40 | | | | | | |
| | | | | Med. | 6.52 | 39.15 | | | | | | |
| **TOTALS** | | 450.00 | | | 34.42 | 206.55 | | | | | | |

Deposit

NET PAY    $415.58
NET YTD    $2,493.45