# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:      BOUBACAR TOURE      : CHAPTER 13
:
:
DEBTOR      : BANKRUPTCY NO. 25-12423

## NOTICE OF RESCHEDULED CREDITORS MEETING AND
## CERTIFICATE OF SERVICE

Notice is hereby given that the above named debtor's Creditor's Meeting has been rescheduled to November 14, 2025 at 1:00 P.M. The Meeting will be held via zoom.

A copy of this Notice is being served on all creditors and the Chapter 13 Trustee.

Dated: 10/11/25                    BY:    /Zachary Perlick/
                                          Zachary Perlick, Esquire
                                          1420 Walnut Street, Suite 718
                                          Philadelphia, PA  19102
                                          (215) 569-2922

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106
610-322-5608
bkgroup@kmllawgroup.com
Creditor

Via: X CM/ECF     ____1st Class Mail    ____Certified Mail    ____e-mail:_____    Other:


KENNETH E. WEST, Esquire
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West Suite 701
Philadelphia, PA 19106

Via: X CM/ECF     ____1st Class Mail    __Certified Mail    _____e-mail:_____Other:

Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

Via: X CM/ECF    ___1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

Boubacar Toure
106 Birkdale Circle
Avondale, PA 19311
Debtor

Via: ___CM/ECF  X  1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

All creditors on the attached list

Via: ___CM/ECF  X  1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

10/10/25, 11:20 AM                               Live Database Area

Case 25-12423-amc    Doc 27    Filed 10/10/25    Entered 10/10/25 11:32:39    Desc Main
                        Document          Page 3 of 6

25-12423-amc Boubacar Toure
**Case type:** bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Chief Judge:** Ashely M. Chan
**Date filed:** 06/17/2025 **Date of last filing:** 10/09/2025

# Creditors

| | |
|---|---|
| **Aqua PA**<br>752 W. Lancaster Ave<br>Clifton Heights, PA 19018 | (15019713)<br>(cr) |
| **Aqua PA**<br>752 W. Lancaster Ave<br>Clifton Heights, PA 19018 | (15023997)<br>(cr) |
| **Chester Water Authority**<br>POB 71346<br>Philadelphia, PA 19176 | (15023998)<br>(cr) |
| **Chester Water Authority**<br>POB 71346<br>Philadelphia, PA 19176 | (15019714)<br>(cr) |
| **Hartefeld Homeowner's Association**<br>c/o Landis & Setzler, PC<br>16 N. New Street<br>West Chester, PA 19380 | (15023999)<br>(cr) |
| **Hartefeld Homeowner's Association**<br>c/o Landis & Setzler, PC<br>16 N. New Street<br>West Chester, PA 19380 | (15019715)<br>(cr) |
| **Internal Revenue Service**<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (15024000)<br>(cr) |
| **Internal Revenue Service**<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (15019716)<br>(cr) |
| **Kenneth Consolidated School District**<br>c/o Keystone Collections Group<br>546 Wendel Road<br>Irwin, PA 15642 | (15024001)<br>(cr) |
| **Kenneth Consolidated School District**<br>c/o Keystone Collections Group<br>546 Wendel Road<br>Irwin, PA 15642 | (15019717)<br>(cr) |
| **Kennett Consolidated School District /**<br>New Garden Township | (15056138)<br>(cr) |

c/o Keystone Collections Group
546 Wendel Road
Irwin, PA 15642

**LVNV Funding, LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

(15019718)
(cr)

**LVNV Funding, LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

(15024002)
(cr)

**M&T Bank**
P.O. Box 840
Buffalo, NY 14240-0840

(15038497)
(cr)

**M&T Bank**
C/0 Denise Carlon
701 Market Street
Suite 5000
Philadelphia, PA 19106-1532

(15024430)
(ntcapr)

**M&T Bank**
P.O. Box 840
Buffalo, NY 14240-0840

(15019719)
(cr)

**MT Bank**
P.O. Box 840
Buffalo, NY 14240-0840

(15024003)
(cr)

**MT&T Bank**
c/o Denise Carlon
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

(15023656)
(ntcapr)

**New Garden Township**
c/o Keystone Collections Group
546 Wendel Road
Irwin, PA 15642

(15019721)
(cr)

**New Garden Township**
299 Starr Road
Landenberg, PA 19350

(15024004)
(cr)

**New Garden Township**
c/o Keystone Collections Group
546 Wendel Road
Irwin, PA 15642

(15024005)
(cr)

**New Garden Township**
299 Starr Road
Landenberg, PA 19350

(15019720)
(cr)

**PA Department of Revenue**
Bureau of Compliance

(15019722)
(cr)

Dept. 280946
Harrisburg, PA 17128-0946

**PA Department of Revenue**
Bureau of Compliance
Dept. 280946
Harrisburg, PA 17128-0946

(15024006)
(cr)

**PECO Bankruptcy Collections**
2301 Market Street, N3-1
Philadelphia, PA 19103

(15019723)
(cr)

**PECO Bankruptcy Collections**
2301 Market Street, N3-1
Philadelphia, PA 19103

(15024007)
(cr)

**Pennsylvania Department of Revenue**
Bankruptcy Division PO Box 280946
Harrisburg, PA 17128-0946

(15026705)
(cr)

**Pinnacle Credit Services, LLC**
Resurgent Capital Services
POB 10587
Greenville, SC 29603-0587

(15024008)
(cr)

**Pinnacle Credit Services, LLC**
Resurgent Capital Services
POB 10587
Greenville, SC 29603-0587

(15019724)
(cr)

**Pinnacle Credit Services, LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

(15037029)
(cr)

**State of Delaware Division of Revenue**
820 North French Street
MS #25
Wilmington, DE 19899

(15024009)
(cr)

**State of Delaware Division of Revenue**
820 North French Street
MS #25
Wilmington, DE 19899

(15019725)
(cr)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/10/2025 11:19:39 | | | |
| **PACER Login:** | Ireland1969 | **Client Code:** | |
| **Description:** | Creditor List | **Search Criteria:** | 25-12423-amc Creditor Type: All |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |