**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                    :
                                                          :        Ch. 13
      **Boubacar Toure,**                        :
                                                          :        Bankruptcy No**. 25-12423 AMC**
      Debtor.                                 :

# O R D E R

**AND NOW**, this 9th day of June, 2026,  the Debtor having filed the above bankruptcy case on May 4, 2026

**AND**, the Debtor having filed three (3) prior bankruptcy cases before the present case: Including case number 24-12844, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on August 14, 2024 and dismissed on January 30, 2025 for unreasonable delay,

**AND,** the docket reflecting that the Trustee has filed a motion to dismiss for unreasonable delay the present case,

**AND,** it appearing that it may be appropriate to enter an **order barring the Debtor from filing future bankruptcy cases for a period of 365 days**, either individually or jointly, without first obtaining this Court's permission, to the extent this Court finds that the Debtor filed this case in bad faith,

It is hereby **ORDERED** that:

A **HEARING** to consider **DISMISSAL** of this case and **RESTRICTIONS** on the Debtor's right to refile another bankruptcy case is **SCHEDULED on July 14, 2026,**

**at 11:00 a.m. by telephone (1-646-828-7666 with Meeting ID 160 6807 8081)** to show cause why this bankruptcy case should not be dismissed for Debtor's unreasonable delay,

It is **FURTHER ORDERED** that if the Debtor fails to appear at the hearing scheduled above, this case may be dismissed without further notice and an Order may be entered **barring the Debtor from filing future bankruptcy cases for a period of 365 days**, either individually or jointly, without first seeking court approval.  See, e.g., In re Casse, 198 F. 3d 327 (2d Cir. 1999).

_____

Ashely M. Chan
United States Bankruptcy Judge