United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 25-12423-amc

Boubacar Toure                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Jun 09, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2026:**

**Recip ID**           **Recipient Name and Address**
db            + Boubacar Toure, 106 Birkdale Circle, Avondale, PA 19311-1449

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2026           Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| ZACHARY PERLICK | on behalf of Debtor Boubacar Toure Perlick@verizon.net  pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com |

TOTAL: 4

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                          :
                                                :        Ch. 13
**Boubacar Toure,**                             :
                                                :        Bankruptcy No**. 25-12423 AMC**
Debtor.                                         :

# O R D E R

**AND NOW**, this 9th day of June, 2026,  the Debtor having filed the above bankruptcy

case on May 4, 2026

**AND**, the Debtor having filed three (3) prior bankruptcy cases before the present case:

Including case number 24-12844, a Chapter 13 case filed in the Eastern District of Pennsylvania

Bankruptcy Court on August 14, 2024 and dismissed on January 30, 2025 for unreasonable

delay,

**AND,** the docket reflecting that the Trustee has filed a motion to dismiss for unreasonable

delay the present case,

**AND,** it appearing that it may be appropriate to enter an **order barring the Debtor from**

**filing future bankruptcy cases for a period of 365 days**, either individually or jointly, without

first obtaining this Court's permission, to the extent this Court finds that the Debtor filed this

case in bad faith,

It is hereby **ORDERED** that:

A **HEARING** to consider **DISMISSAL** of this case and **RESTRICTIONS** on the

Debtor's right to refile another bankruptcy case is **SCHEDULED on July 14, 2026,**

**at 11:00 a.m. by telephone (1-646-828-7666 with Meeting ID 160 6807 8081)** to show cause

why this bankruptcy case should not be dismissed for Debtor's unreasonable delay,

It is **FURTHER ORDERED** that if the Debtor fails to appear at the hearing

scheduled above, this case may be dismissed without further notice and an Order may be

entered **barring the Debtor from filing future bankruptcy cases for a period of 365 days**,

either individually or jointly, without first seeking court approval.  See, e.g., In re Casse, 198 F.

3d 327 (2d Cir. 1999).


_____

Ashely M. Chan
United States Bankruptcy Judge