United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                        Case No. 25-12423-amc

Boubacar Toure                                                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                              Page 1 of 2

Date Rcvd: Jul 14, 2026                     Form ID: pdf900                        Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Boubacar Toure, 106 Birkdale Circle, Avondale, PA 19311-1449 |
| 15019713 | | Aqua PA, 752 W. Lancaster Ave, Clifton Heights, PA 19018 |
| 15019714 | + | Chester Water Authority, POB 71346, Philadelphia, PA 19176-1346 |
| 15019715 | + | Hartefeld Homeowner's Association, c/o Landis & Setzler, PC, 16 N. New Street, West Chester, PA 19380-2905 |
| 15024430 | + | M&T Bank, C/0 Denise Carlon, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15023656 | + | MT&T Bank, c/o Denise Carlon, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15019720 | + | New Garden Township, 299 Starr Road, Landenberg, PA 19350-9208 |
| 15019723 | + | PECO Bankruptcy Collections, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: megan.harper@phila.gov | Jul 15 2026 02:22:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 15019716 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 15 2026 02:22:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15019717 | + | Email/Text: Bankruptcy@keystonecollects.com | Jul 15 2026 02:22:00 | Kenneth Consolidated School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15056138 | + | Email/Text: Bankruptcy@keystonecollects.com | Jul 15 2026 02:22:00 | Kennett Consolidated School District /, New Garden Township, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15019718 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 15 2026 02:23:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15019719 | | Email/Text: camanagement@mtb.com | Jul 15 2026 02:22:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15024003 | | Email/Text: camanagement@mtb.com | Jul 15 2026 02:22:00 | MT Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15019721 | + | Email/Text: Bankruptcy@keystonecollects.com | Jul 15 2026 02:22:00 | New Garden Township, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15019722 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 15 2026 02:22:00 | PA Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 15026705 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 15 2026 02:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15019724 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 15 2026 02:23:00 | Pinnacle Credit Services, LLC, Resurgent Capital Services, POB 10587, Greenville, SC 29603-0587 |
| 15019725 | + | Email/Text: REV_Bankruptcy_General@state.de.us | | |

District/off: 0313-2                                    User: admin                                          Page 2 of 2

Date Rcvd: Jul 14, 2026                                 Form ID: pdf900                                 Total Noticed: 20

Jul 15 2026 02:22:00     State of Delaware Division of Revenue, 820 North
                         French Street, MS #25, Wilmington, DE
                         19801-3592

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15023997 | * | Aqua PA, 752 W. Lancaster Ave, Clifton Heights, PA 19018 |
| 15023998 | *+ | Chester Water Authority, POB 71346, Philadelphia, PA 19176-1346 |
| 15023999 | *+ | Hartefeld Homeowner's Association, c/o Landis & Setzler, PC, 16 N. New Street, West Chester, PA 19380-2905 |
| 15024000 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15024001 | *+ | Kenneth Consolidated School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15024002 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15038497 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15024004 | *+ | New Garden Township, 299 Starr Road, Landenberg, PA 19350-9208 |
| 15024005 | *+ | New Garden Township, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15024006 | * | PA Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 15024007 | *+ | PECO Bankruptcy Collections, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |
| 15037029 | * | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15024008 | * | Pinnacle Credit Services, LLC, Resurgent Capital Services, POB 10587, Greenville, SC 29603-0587 |
| 15024009 | *+ | State of Delaware Division of Revenue, 820 North French Street, MS #25, Wilmington, DE 19801-3592 |

TOTAL: 0 Undeliverable, 15 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2026                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| ZACHARY PERLICK | on behalf of Debtor Boubacar Toure Perlick@verizon.net  pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com |

TOTAL: 4

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :        **Chapter 13**

 BOUBACAR TOURE,                             :

          Debtor(s)                     :        **Bky. No. 25-12423 AMC**

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. In light of the debtor's prior bankruptcy filings , the instant case is **DISMISSED with a bar**. Debtor shall be prohibited from filing any subsequent bankruptcy petition within a period of 365 days from the date of this order.

2. Counsel for the Debtor(s) shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within **twenty (20) days** of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in Paragraph 5 above, Counsel for the Debtor(s) shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated:  July 14, 2026

                                      **ASHELY M. CHAN**
                                      **U.S. BANKRUPTCY JUDGE**