**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:         BOUBACAR TOURE              :         CHAPTER 13
                                                          :
                                                          :
                    DEBTOR                      :         BANKRUPTCY No. 25-12423 AMC

### ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | $8,965.00 |
| Total expense cost: | $    25.00 |
| Attorney fee already paid by Debtor | $3,000.00 |
| Net amount to be paid by Trustee | $5,990.00 |

The net amount is to be paid by the Trustee to Zachary Perlick, Esquire, from available funds in the Debtor's estate.


BY THE COURT:

_____
THE HONORABLE ASHELY M. CHAN


Dated:  Aug. 7, 2026